# In The United States Court Of Appeals
## FOR THE DISTRICT OF COLUMBIA

**September Term 2012**

Case Nos. 13-7027                                   1:12-cv-00799-RJL

Stephanie Y. Brown,

    Appellant

v.

Allen L. Sessoms, President, University
District of Columbia, et al.,

    Appellees

## CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Appellant certifies as follows:

    A.    Parties, Intervenor, and Amici Curiae.

    B.    Rulings Under Review.

The ruling under review is the January 28, 2013 order from the United States District court for the District of Columbia (Judge Richard J. Leon) in civil action No. 12-cv-799 granting Defendants' Motion to Dismiss.

    C.    Related Cases

        None.

Respectfully submitted,

*Donald M. Temple, Esq.*
Donald M. Temple, Esq.
DONALD M. TEMPLE, P.C.
1101 15th Street, N.W.
Suite 910
Washington, DC 20005
202-628-1101
202-628-1149 fax
dtemplelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March 2013 a copy of the foregoing was served by use of the Court's Electronic Filing System, upon the following

Yoora Pak, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
8444 Westpark Drive – Suite 510
McLean, VA 22102-5102

*Donald M. Temple*
Donald M. Temple