NOT YET SCHEDULED FOR ORAL ARGUMENT
_____

No. 13-7027
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA
_____

STEPHANIE Y. BROWN,
                                        Plaintiff – Appellant,

V.

ALLEN L. SESSOMS, President, University District of
Columbia; UNIVESITY OF THE DISTRICT OF COLUMBIA,
                                        Defendant – Appellees.
_____

ON APPEAL FROM JUDGMEN OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLANT 'S STEPHANIE Y. BROWN'S CONSENT MOTIO TO
EXTEND TIME IN WHICH TO FILE APPELLANT'S
<u>REPLY BRIEF</u>**
_____

Counsel for the Appellant, Stephanie Y. Brown, with consent of the Appellee, respectfully moves for an additional two (2) weeks, through and including October 18, 2013, to file Appellant's Reply Brief. In support of this Motion, Appellant states the following:

1

1. Counsel for the Appellant requires additional time to file Appellant's Reply Brief, which is currently due on October 4, 2013. The undersigned's civil jury trial (*Citadelle Ventures, LLC, et al., v. Sophie-J, LLC., et al.*, case No. 2011 CA 008263) in the D.C. Superior Court lasted far longer than expected.

2. In addition to having just completed a civil trial, the undersigned is scheduled to travel to the following locations to hold expert depositions for a case in U.S. District Court for the Southern District of Maryland: to New York on Monday, September 3, 2013, to Los Angeles on Thursday, October 3, 2013, and then to San Francisco on Monday October 7 and Tuesday October 8, 2013. Hence, the undersigned has been required to devote his full-time attention since trial to preparation for these experts' depositions.

3. Consequently, counsel will require a brief enlargement of time given that counsel's full time attention is being devoted to the abovementioned issues. This Court has not yet scheduled oral argument in this case.

4. Appellee consents to the relief requested in this motion.

**WHEREFORE**, Appellant respectfully requests an additional two (2) weeks, through and including October 18, 2013, in which to file to file Appellant's reply brief.

Respectfully submitted,

*Donald M. Temple*
Donald M. Temple, Esq.
DONALD M. TEMPLE, P.C.
1101 15th Street, N.W. #910
Washington, DC 20005
202-628-1101
202-628-1149 fax
Dtemplelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2013, via copy of the foregoing was served by use of the Court's Electronic Filing System, upon the following:

Yoora Pak, Esq.

*Donald M. Temple*
Donald M. Temple